UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORENZO THOMPSON,

    Petitioner,

v.                                                Case No. 8:07-cv-1983-T-23TGW

SECRETARY, Department of Corrections,

    Respondent.
_____/

## ORDER

    Thompson filed a petition for the writ of habeas corpus (Doc. 1) on November 1, 2007, however he failed to either pay the $5.00 filing fee or request leave to proceed <u>in forma pauperis</u> within thirty days of the commencement of the action. Pursuant to Local Rule 1.03(e), Thompson was warned (Doc. 3) that the court would dismiss the action on December 20, 2007, if he failed to file a motion for leave to proceed <u>in forma pauperis</u> or pay the required filing fee. Thompson responded (Doc. 5) representing that he would provide the necessary financial information upon his receipt of the information from the business office of the Department of Corrections. Thompson has not timely filed the necessary documentation.

    Accordingly, this action is **DISMISSED** without prejudice. The clerk shall close this action.

    ORDERED in Tampa, Florida, on November 27th, 2007.

                                                                Steven D. Merryday
                                                           UNITED STATES DISTRICT JUDGE